UNITED STATES of America, Plaintiff–Appellee,

v.

Devonne Michael LEE, Defendant–Appellant.

No. 12–30040.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 19, 2012.

Helen J. Brunner, Esquire, Assistant U.S., Sarah Y. Vogel, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Suzanne Lee Elliott, Esquire, Law Offices of Suzanne Lee Elliott, Seattle, WA, for Defendant–Appellant.

Devonne Michael Lee, Adelanto, CA, pro se.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Devonne Michael Lee appeals from the district court's order granting his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. Pursuant to *Anders v. Califor-*

---

*See* Fed. R.App. P. 34(a)(2).

** This *disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.*

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lee's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lee the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**